| | |
|---|---|
| 1 | CUAUHTEMOC ORTEGA (Bar No. 257443) |
| 2 | Federal Public Defender<br>(E-mail: Cuauhtemoc_Ortega@fd.org) |
| 3 | AMY M. KARLIN (Bar No. 150016)<br>(E-Mail: Amy_Karlin@fd.org) |
| 4 | Chief Deputy Federal Public Defender<br>411 West Fourth Street, Suite 7110 |
| 5 | Santa Ana, California  92701-4598<br>Telephone:  (714) 338-4500 |
| 6 | Facsimile:  (714) 338-4520 |
| 7 | Attorneys for Defendant<br>ERIK SCOTT WARNER |

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIK SCOTT WARNER,<br><br>Defendant. | Case No. 1:21-CR-00392-RCL<br><br>**NOTICE OF APPEARANCE** |

Chief Deputy Federal Public Defender Amy M. Karlin, enters her Notice of Appearance on behalf of Erik Scott Warner.

Please make all necessary changes to the court's Case Management/Electronic Case Filing System to accurately reflect this assignment and to ensure that defense counsel receives all notifications relating to filings in this case.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: June 14, 2021            By  */s/ Amy M. Karlin*

AMY M. KARLIN
Chief Deputy Federal Public Defender