AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
ERIK SCOTT WARNER

Case No.

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ERIK SCOTT WARNER

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(k)(Conspiracy to Obstruct an Official Proceeding); 18 U.S.C. §§ 1512(c)(2), 2(Obstruction of an Official Proceeding and Aiding and Abetting); 18 U.S.C. § 1752(a)(1)(Restricted Building or Grounds); 18 U.S.C. § 1752 (a)(2)(Restricted Building or Grounds); 18 U.S.C. § 1512(c)(1)(Tampering with Documents or Proceedings).

Date: 06/09/2021

Zia M. Faruqui
2021.06.09
16:55:49 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 6/10/2021
at *(city and state)* Riverside, CA

Date: 6/10/2021

*Arresting officer's signature*

Enrique Armenta, Special Agent
*Printed name and title*