AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____ Columbia (Washington, DC)

| UNITED STATES OF AMERICA | CONSENT ORDER GRANTING |
| Plaintiff (s), | SUBSTITUTION OF ATTORNEY |
| V. | |
| ERIK SCOTT WARNER | CASE NUMBER: 1:21-cr-00392-RCL |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __Erik Scott Warner__ substitutes
(Party (s) Name)

__Kira West__ , State Bar No. __993523__ as counsel of record in
(Name of New Attorney)

place of __Callie Glanton Steele__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Kira West
Address: 712 H St NE, Unit 509 Washington DC 20002
Telephone: ~~(202) 368-8227~~ 202-236-2042  Facsimile _____
E-Mail (Optional): Kiraannewest@gmail.com

I consent to the above substitution.
Date: 7/19/21

_Erik Warner_
(Signature of Party (s))

I consent to being substituted.
Date: 7/9/2021

_Callie Glanton Steele_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 7/19/21

_[signature]_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]