IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 21-CR-392-3 (RCL) |
| : | |
| : | |
| ERIK WARNER : | |

### DEFENDANT WARNER'S MOTION FOR APPOINTMENT OF CJA COUNSEL

Mr. Erik Warner, through his attorney, Kira Anne West, respectfully requests that this Honorable Court appoint counsel under the CJA Act for Mr. Warner and in support states the following:

1. Undersigned counsel was hired by Mr. Warner in early July, 2021 to represent him in the above numbered case. Since that time, Mr. Warner was fired from his job as a nurse. Mr. Warner has had multiple issues related to this in the past two months and is happy to submit an affidavit under seal if the Court requests same. Mr. Warner has legal fees related to this outside of his criminal case.

2. Meanwhile, Mr. Warner, along with multiple other defendants, was sued civilly in Federal District Court in the District of Columbia in *Smith, et. al v. Donald Trump, et. al*, 21 CV 2265(APM)(filed 8/26/21), brought by the Lawyers' Committee for Civil Rights Under Law, a non-for profit partially

1

funded by the Open Society Foundations which is founded by George Soros. The complaint is 71 pages. Mr. Warner will have to hire a lawyer to represent him in this case.

3. Though this case progressed at a normal rate in the beginning as far as criminal discovery is concerned, the United States went into overdrive in the past three months and has produced tens, if not hundreds of thousands of pages of discovery in this case. *See* ECF No. 81.  With regard to only these defendants in this case, there have been nine discovery productions by the United States, most being produced in the last two months.

4. As the Court can imagine, Mr. Warner can no longer pay undersigned counsel.  Organizing and going through the discovery in this case is and will be a monumental task.  Undersigned counsel sought direction from the Federal Public Defender before filing this motion. A financial affidavit has been executed by Mr. Warner and emailed to Ms. Jenkins, the courtroom deputy.

   Therefore, Mr. Warner respectfully requests that undersigned counsel be appointed under the CJA Act to represent him in this case. The continuity of counsel would best serve Mr. Warner. Undersigned counsel has spent an inordinate amount of time in the case and is at this time the only D.C. lawyer in the case.

Respectfully submitted,

KIRA ANNE WEST

By:         /s/
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com
Attorney for Mr. Warner

**CERTIFICATE OF SERVICE**

I hereby certify on the 3rd day of November, 2021, a copy of same was delivered to the parties of record pursuant to the Covid standing order and the rules of the Clerk of Court.

/S/

Kira Anne West