IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-392-3 (RCL) |
| | : | |
| | : | |
| ERIK WARNER | : | |

**DEFENDANT'S  UNOPPOSED MOTION TO VACATE MOTIONS DEADLINE**

Mr. Erik Warner, through his attorney, Kira Anne West, hereby respectfully moves this Honorable Court to vacate the  motions deadline for defendant Warner and in support of this motion, states the following:

Trial in this case is scheduled for July 6, 2023.  The defendant's pretrial motions are due today.  Yesterday, the government  responded to defendant Warner's motion for severance, ECF No. 165, and has agreed to sever defendant Warner and other defendants. *See* ECF No. 183. As such, defendant Warner respectfully asks this court vacate the motions deadline for defendant Warner until a new scheduling order is issued in the event the Court agrees with the parties that severance is the best course going forward.

WHEREFORE for the foregoing reasons and such other reasons that may appear just and proper, defendant Erik Warner, respectfully requests that this Court vacate the motions date.

1

Respectfully submitted,

KIRA ANNE WEST

By:    /s/
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com
Attorney for Mr. Warner

## CERTIFICATE OF SERVICE

I hereby certify on the 24th day of March, 2023, a copy of same was delivered to the parties of record pursuant to the Covid standing order and the rules of the Clerk of Court.

/S/

Kira Anne West