UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-cr-392-3(RCL)** |
| | : | |
| **ERIK WARNER,** | : | |
| Defendant. | : | |

### ORDER

Pending before the Court is the unopposed motion for the defendant to appear remotely at the motions hearing on April 26, 2023. Finding the motion is unopposed and meritorious, it is

**ORDERED** that the motion is GRANTED/DENIED.

Signed this _____ day of _____, 2023.

_____
ROYCE C. LAMBERTH
United States District Judge