UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 21-CR-392-RCL |
| | : | |
| v. | : | |
| | : | |
| ERIK SCOTT WARNER, | : | |
| FELIPE ANTONIO "TONY" | : | |
| MARTINEZ, | : | |
| DEREK KINNISON, and | : | |
| RONALD MELE, | : | |
| | : | |
| Defendants. | : | |

## STATUS REPORT REGARDING
## PROPOSED PRETRIAL SCHEDULE

The United States of America hereby submits the following status report regarding a pretrial schedule in this matter. Pursuant to this Court's instructions at the April 26, 2023, status conference, the parties have communicated regarding a mutually agreeable pretrial schedule. All parties have agreed to the schedule set out in the attached proposed order.

The proposed order would set June 9, 2023, for motions to dismiss, suppress, sever, and change venue, if any. If necessary, a hearing on any such motions would take place on July 20, 2023. The Parties propose a hearing on these motions, prior to subsequent deadlines for other pretrial motions, including motions *in limine*, in anticipation that the Court's rulings on any such motions may significantly impact briefing on motions *in limine*.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney
DC Bar No. 481052

By:  */s/ Anthony W. Mariano*
Anthony W. Mariano, MA Bar No. 688559
Thomas T. Ballantine, California Bar No. 208193

Trial Attorneys, Detailees
United States Attorney's Office
for the District of Columbia
601 D Street NW
Washington, DC 20530
(202) 476-0319
Anthony.Mariano@usdoj.gov
(202) 532-3048
Thomas.Ballantine@usdoj.gov