IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-392-3 (RCL) |
| | : | |
| | : | |
| ERIK WARNER | : | |

**DEFENDANT'S MOTION TO JOIN AND ADOPT REPLIES OF DEFENDANT MELE**

Mr. Erik Warner, through his attorney, Kira Anne West, hereby respectfully moves to join and adopt the replies, ECF No.'s 262 and 263, of defendant Mele to defendant Warner's motions to dismiss and in support of this motion, states the following:

Co-defendant Mele has filed replies to the government's responses to Warner's motions to dismiss counts. Mr. Warner would make the same arguments in his reply and therefore moves to join the replies of defendant Mele.

WHEREFORE for the foregoing reasons defendant Erik Warner, respectfully moves to join and adopt the replies of defendant Mele to Warner's motions to dismiss counts.

Respectfully submitted,

KIRA ANNE WEST

By: _____/s/_____
Kira Anne West

1

DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com
Attorney for Mr. Warner

## CERTIFICATE OF SERVICE

I hereby certify on the 3rd day of July, 2023, a copy of same was delivered to the parties of record pursuant to the Covid standing order and the rules of the Clerk of Court.

/S/

Kira Anne West