IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-392-3 (RCL) |
| | : | |
| | : | |
| ERIK WARNER | : | |

**DEFENDANT'S NOTICE TO THE COURT**

Mr. Erik Warner, through his attorney, Kira Anne West, hereby respectfully gives notice to the Court that Mr. Warner will be in staying in Washington, D.C. from July 18-22, 2023 in order to attend the pretrial hearing scheduled for July 20 and to meet with his lawyer and her staff to review discovery. Undersigned counsel contacted pretrial services who defers to the Court. Undersigned counsel also communicated with the AUSA's in this case who have no opposition to Mr. Warner being in the District as his pretrial conditions provide for same.

Respectfully submitted,

KIRA ANNE WEST

By:   /s/ *Kira West*
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com
Attorney for Mr. Warner

1

## CERTIFICATE OF SERVICE

I hereby certify on the 17th day of July, 2023, a copy of same was delivered to the parties of record pursuant to the Covid standing order and the rules of the Clerk of Court.

/S/   *Kira West*

Kira Anne West