UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-cr-392-3(RCL) |
| | : | |
| ERIK WARNER, | : | |
| Defendant. | : | |

### ORDER

Pending before the Court is the unopposed motion of the defendant to appear remotely at the continuation of his motion to suppress. Finding the motion is unopposed and meritorious, it is

ORDERED that the motion is GRANTED/~~DENIED~~. Mr. Warner may appear remotely for the continuation of the motion to suppress on August 15, 2023.

Signed this __2nd__ day of __August__, 2023.

ROYCE C. LAMBERTH
United States District Judge