CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ERIK SCOTT WARNER, et al

Civil/Criminal No.: 21cr392-3,4,5,6 (RCL)

## NOTE FROM JURY

Re: Counts Five + Six
Final jury instructions states on page 21 that "charge Derek Kinnison and Erik Scott Warner each"
- However, the Verdict Form shows only Kinnison as defendant in Count Five and Erik Scott Warner as the only defendant in Count Six.
Can you please clarify which counts are for which defendants.

Date: 11/7/23
Time: 12:28

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ERIK SCOTT WARNER, et al

Civil/Criminal No.: 21cr392-3,4,5,6 (RCL)

## NOTE FROM JURY

We have a verdict.

Date: 11/7/23

Time: 3:12