UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 21-CR-392-RCL |
| v. | |
| ERIK SCOTT WARNER, FELIPE ANTONIO "TONY" MARTINEZ, DEREK KINNISON, and RONALD MELE, | |
| Defendants. | |

## VERDICT FORM

We, the jury in the above-titled case, find the defendants:

**Count One**: Conspiracy To Obstruct an Official Proceeding, in violation of 18 U.S.C. § 1512(k)

    A. Verdict as to each defendant:

        1. *Erik Scott Warner*

        \_\_\_\_ Not Guilty     ✓ Guilty

        2. *Felipe Antonio "Tony" Martinez*

        \_\_\_\_ Not Guilty     ✓ Guilty

        3. *Derek Kinnison*

        \_\_\_\_ Not Guilty     ✓ Guilty

        4. *Ronald Mele*

        \_\_\_\_ Not Guilty     ✓ Guilty

**Count Two:** Obstruction of an Official Proceeding, Aiding and Abetting, in violation of 18 U.S.C. §§ 1512(c)(2), 2

    A.    Verdict as to each defendant:

        1. *Erik Scott Warner*

        \_\_\_\_ Not Guilty    ✓ Guilty

        2. *Felipe Antonio "Tony" Martinez*

        \_\_\_\_ Not Guilty    ✓ Guilty

        3. *Derek Kinnison*

        \_\_\_\_ Not Guilty    ✓ Guilty

        4. *Ronald Mele*

        \_\_\_\_ Not Guilty    ✓ Guilty

**Count Three:** Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1)

    A.    Verdict as to each defendant:

        1. *Erik Scott Warner*

        \_\_\_\_ Not Guilty    ✓ Guilty

        2. *Felipe Antonio "Tony" Martinez*

        \_\_\_\_ Not Guilty    ✓ Guilty

        3. *Derek Kinnison*

        \_\_\_\_ Not Guilty    ✓ Guilty

        4. *Ronald Mele*

        \_\_\_\_ Not Guilty    ✓ Guilty

**Count Four:** Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2)

    **B.** Verdict as to each defendant:

        1. *Erik Scott Warner*

        _____ Not Guilty    ✓ Guilty

        2. *Felipe Antonio "Tony" Martinez*

        _____ Not Guilty    ✓ Guilty

        3. *Derek Kinnison*

        _____ Not Guilty    ✓ Guilty

        4. *Ronald Mele*

        _____ Not Guilty    ✓ Guilty

**Count Five:** Tampering with Documents or Proceedings, in violation of 18 U.S.C. § 1512(c)(1)

    **A.** Verdict as to each defendant:

        1. *Derek Kinnison*

        _____ Not Guilty    ✓ Guilty

**Count Six:** Tampering with Documents or Proceedings, in violation of 18 U.S.C. § 1512(c)(1)

    **B.** Verdict as to each defendant:

        1. *Erik Scott Warner*

        _____ Not Guilty    ✓ Guilty

Dated: 11/7/23