UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :
                               :
v.                             :   Criminal No. 21-cr-392-3(RCL)
                               :
ERIK WARNER,                   :
DERRICK KINNISON,              :
          Defendants.          :

## ORDER

Pending before the Court is the unopposed motion of the defendants to attend a Thursday night bible study which is a modification of their current pretrial release conditions. Finding the motion meritorious and unopposed, it is HEREBY

ORDERED that the motion is GRANTED/~~DENIED~~. The defendants may attend the same bible study on Thursday evenings.

Signed this 14th day of November, 2023.

ROYCE C. LAMBERTH
United States District Judge