April 14th, 2024

To the Honorable Judge Lamberth,

Your Honor I'm writing you today of behalf of my former Co-worker, Erick Scott Warner. I have had the pleasure of knowing Eric since 2018. Upon meeting Eric I found him to be a jovial jokester who always had a smile for everyone. However, it soon became apparent there was so much more to this man that what he presents at the surface. Eric and I both work within the medical field, he as a nurse manager, and myself as a social worker. We worked closely together within our clinic. Erik has always been the first one to step up to protect others. He goes out of his way to ensure, not only his patient's safety, but also the safety of his team. Erik is the type of person who will go above and beyond for anyone he meets. He once drove to a patient's home to find him because transplant called to say they had a kidney but couldn't find the patient. Erik jumped right into action to ensure that the patient was found and didn't miss out on the opportunity.

Being a nurse provides you a different lens in which to view life from, it changes you. Erik is no different. This man would take a bullet for anyone he knew. Regardless of how he feels about you personally. Erik doesn't know any other way to be. He is a healer and a giver at the core of who he is. Someone asked me if I thought Erik was around anyone who was injured on January 6th and I said, "If he was, he would be the first person you would see giving aid!" Erik is always going out of his way to do for others, be it at work, in his community, or within his friend group. He's one of the good ones and I assure you that our world is a better place with Erik Warner in it, in our society.

I'm not sure what image you got of Erik Warner in your time spent listening to arguments. I was set to be a witness in the trial and at the last minute was no longer needed. I remember saying to the prosecution that there is nothing I could really provide them in the way of damaging information because while Erik may have his beliefs, those beliefs don't make him how they were painting him. Even after they presented many things to me and asked me questions, I told them "I'm a professional, I hold a Master Degree in Human Behavior. If he's fooled me, then hats off to him but I don't believe that is the case." Erik and I hold vastly differing opinions politically and yet we are friends. We hold one another in the highest esteem. Erik has never once given me any cause for concern.

If there is anything else I can say to you it is this. Erik Warner is a family man and a man of faith. He is good. Does good for the community. He has a wonderful wife named Angel who also works within the local community and a son named Zander. While I respect that the court has found him guilty, please consider what I've shared with you. This man has a wife and son who need him. They will struggle to find a new sense of normal, and even when Erik is released, he too will have to reinvent himself. There are consequences from a professional standpoint that he'll now pay as well. There are other, what we refer to in therapy as natural consequence, that

you can hand down in your sentencing, so please weigh this into your final judgement. Rest assured, he is paying heavily for his mistakes.

I ask that you sentence him to the least amount of time you are able. He found himself in the wrong place, at the wrong time, with some very wrong people. He made a mistake. He's not without fault, no one is, but he's not a danger to our society. I promise you that our world will be less without Erik Warner in it as a nurse, as a husband, as a father, and as a friend. He is a person who makes this world a better place. Please consider the words of those of us who know him outside of your courtroom because, your Honor, that is but just a very small piece of Erik Warner. His mistake is not the man. I consider that man to be not only a coworker, but a friend, and the honor to know him has been all mine.

Sincerely,

Angela M. Johnson, MSW, CSW