# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. __21-392__
)
_Erik Warner_ )

## NOTICE OF APPEAL

Name and address of appellant:

Erik Warner
28574 Moon Shadow Dr.
Menifee, Ca. 92584

Name and address of appellant's attorney:

Kira Anne West
712 H St. NE, Unit 509
Washington, DC 20002

Offense:

Concise statement of judgment or order, giving date, and any sentence:
4/19/24. △ Sentenced to 27 months + 3 years Supervised release.

Name and institution where now confined, if not on bail:
DC Jail - △ was remanded by the Court.

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

__4/19/24__      _E. Warner_
DATE        APPELLANT

_Kira Anne West_
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [X]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?    YES [ ]   NO [✓]
Has counsel ordered transcripts?          YES [ ]   NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [✓]   NO [ ]