IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | CRIMINAL NO. 21-CR-392-3 (RCL) |
| : | |
| : | |
| ERIK WARNER  : | |

**DEFENDANT'S MOTION TO JOIN AND ADOPT MOTION FOR REFUND OF RESTITUTION AND THE SPECIAL ASSESSMENT BY DEFENDANT KINNISON**

Mr. Erik Warner, through his attorney, Kira Anne West, hereby respectfully moves to join and adopt the motion for refund of restitution and the special assessment by Defendant Kinnison, ECF No. 531, and in support of this motion, states the following:

Co-defendant Kinnison has filed the above mentioned motion based on the fact that he was pardoned by President Trump. Mr. Warner would make the same arguments in his motion and therefore moves to join the motion of defendant Kinnison. Mr. Warner was also pardoned by President Trump while his case was on appeal in the D.C. Circuit, and Mr. Warner paid all his fines and fees.

WHEREFORE for the foregoing reasons defendant Erik Warner, respectfully moves to join and adopt the motion of defendant Kinnison for a refund of the restitution and fees paid in this case.

1

Respectfully submitted,1

KIRA ANNE WEST


By: _____/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com
Attorney for Mr. Warner, *pro bono*


**CERTIFICATE OF SERVICE**

I hereby certify on the 28th day of March, 2025, a copy of same was delivered to the parties of record pursuant to the Covid standing order and the rules of the Clerk of Court.

_____/S/_____

Kira Anne West

---

1 Undersigned counsel was appointed by this Court pursuant to the CJA Act and files this motion in a *pro bono* capacity. Even though the case ended almost a year ago, and undersigned counsel submitted her voucher nine months ago, and even though she worked with appellate counsel on multiple occasions *pro bono* after the sentencing, undersigned counsel has still not been paid a dime on the case.